**No. 10-9485. Ryan Eugene Murray, Petitioner v. William Truly.**

563 U.S. 986, 131 S. Ct. 2479, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3679.

May 16, 2011. Motion of petitioner for leave to proceed in forma pauperis denied. Petitioner is allowed until June 6, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-10055. Rachel Y. Lawler, Brian A. Buckley, Annelie Z. Shockley, John M. Payden-Travers, Thomas W. Muther, Jr., and Ronald W. Kaz, Petitioners v. United States.**

563 U.S. 986, 131 S. Ct. 2480, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3823.

May 16, 2011. Motion of petitioners for leave to proceed in forma pauperis denied. Petitioners are allowed until June 6, 2011, within which to pay the docketing fee required by Rule 38(a) and to submit a petition in compliance with Rule 33.1 of the Rules of this Court.

**No. 10-1104. Margaret Minneci, et al., Petitioners v. Richard Lee Pollard, et al.**

563 U.S. 987, 131 S. Ct. 2449, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3664.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.

Same case below, 607 F.3d 583 and 629 F.3d 843.

**No. 10-742. BNSF Railway Company, Petitioner v. Surface Transportation Board, et al.**

563 U.S. 987, 131 S. Ct. 2441, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3630.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia Circuit denied.

Same case below, 390 U.S. App. D.C. 294, 604 F.3d 602.

**No. 10-809. Charles Franklin Murdoch, Jr., Petitioner v. Roy Castro, Warden, et al.**

563 U.S. 987, 131 S. Ct. 2442, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3681,

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 609 F.3d 983.

**No. 10-810. United States and California ex rel. Katherine R. O'Connell, et al., Petitioners v. Chapman University.**

563 U.S. 987, 131 S. Ct. 2442, 179 L. Ed. 2d 1208, 2011 U.S. LEXIS 3794.

May 16, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.